

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY**
and Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court